# ELECTRONIC RECORD

**451-15**

COA # 02-14-00347-CR      OFFENSE: OTHER CRIMINAL

STYLE: Michael Gowan v. The State of Texas      COUNTY: Wichita

COA DISPOSITION: DISMJR      TRIAL COURT: 89th District Court

DATE: 03/19/15      Publish: NO      TC CASE #: 30,832-C

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Michael Gowan v. The State of Texas

_____PRO SE_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____Refused_____

DATE: July 1, 2015

JUDGE: PC

CCA #: **451-15**

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____      PC: _____

PUBLISH: _____      DNP: _____

- - - - - - - - - - - - - - - -

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**